IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAMERON A. HARINARAIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROBERT GILMORE, *et al.* | : | NO.  14-6791 |

O R D E R

AND NOW, this 15th day of December, 2014, upon consideration of the Petition for Writ of Habeas Corpus, for the reasons explained in the accompanying Memorandum, it is hereby ORDERED that the case is TRANSFERRED to the United States District Court for the Middle District of Pennsylvania.

BY THE COURT:

 s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE